Donald P. Sullivan (State Bar No. 191080)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Donald.Sullivan@jacksonlewis.com

Attorneys for Defendant
ALSCO UNIFORMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE LAUNDRY AND DRY CLEANING WORKERS LOCAL NO. 52 HEALTH AND WELFARE TRUST FUND,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALSCO UNIFORMS, a Nevada corporation,<br><br>　　　　Defendant. | Case No. 2:25-cv-01982 WLH SSC<br><br>**NOTICE OF CONDITIONAL SETTLEMENT OF CASE** |

　　　　Plaintiffs the Trustees of the Laundry and Dry Cleaning Workers Local No. 52 Health and Welfare Trust Fund ("Plaintiffs") and Defendant Alsco Uniforms ("Defendant"), through their respective counsel, hereby notify the Court that they have conditionally settled the dispute between them that is the subject of the instant lawsuit. Counsel for Plaintiffs and Defendant are currently working on memorializing their agreement in a written settlement agreement. The parties request forty-five days to finalize the written settlement agreement and to file the

/ / /

/ / /

/ / /

appropriate pleading with the Court once the conditions of settlement have been satisfied, including a Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

IT IS SO NOTICED:

Dated:  June 24, 2025                    REICH, ADELL & CVITAN

By: /S/ Natalia Bautista
Laurence S. Zakson
Natalia Bautista
Michael Barth
Attorneys for Plaintiffs
TRUSTEES OF THE LAUNDRY AND DRY CLEANING WORKERS LOCAL NO. 52 HEALTH AND WELFARE TRUST FUND

Dated:  June 24, 2025                    JACKSON LEWIS P.C.

By: /S/ Donald P. Sullivan
Donald P. Sullivan
Attorneys for Defendant
ALSCO UNIFORMS

4923-1805-0384, v. 1