LAURENCE S. ZAKSON (SBN 119435)
laurencez@rac-law.com
NATALIA BAUTISTA (SBN 245669)
nataliab@rac-law.com, and
MICHAEL BARTH (SBN 329507)
michaelb@rac-law.com
REICH, ADELL & CVITAN,
A Professional Law Corporation
330 N. Brand Boulevard, Suite 250
Glendale, CA 91203
Tel.: (213) 386-3860
Fax.: (213) 386-5583

Attorneys for Plaintiffs Trustees of the Laundry
And Dry Cleaning Workers Local No. 52 Health
And Welfare Trust Fund

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE LAUNDRY AND DRY CLEANING WORKERS LOCAL NO. 52 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ALSCO UNIFORMS, a Nevada corporation,<br><br>Defendant. | Case No. 2:25-cv-01982-WLH(SSCx)<br><br>**STIPULATION OF DISMISSAL AND TOLLING AGREEMENT [FED. R. CIV. P. 41(A)(1)(A)(II)]**<br><br>Judge: Honorable Wesley L. Hsu |

Pursuant to the settlement between Plaintiffs TRUSTEES OF THE LAUNDRY AND DRY CLEANING WORKERS LOCAL NO. 52 HEALTH AND WELFARE TRUST FUND ("Plaintiffs") and Defendant, ALSCO UNIFORMS, a Nevada corporation ("Employer"), the parties agree to DISMISS this action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

-1-

#587252v1

under the following terms:

1. The parties therefore stipulate that this action may be, and is hereby, DISMISSED, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. This Stipulation and the resulting Dismissal does not affect any claim arising after December 31, 2020.

3. This Dismissal is without fees or costs on either side.

SO STIPULATED:

Dated: August 19, 2025

By: /s/ Natalia Bautista
NATALIA BAUTISTA
REICH, ADELL & CVITAN,
Attorneys for Plaintiff

Dated: August 19, 2025

By: s/ Donald P. Sullivan
DONALD P. SULLIVAN
JACKSON LEWIS P.C.
Attorneys for Defendant

-2-

#587252v1

| | |
|---|---|
| 1 | **ATTESTATION UNDER LOCAL RULE 5-4.3.4** |
| 2 | I am the ECF User whose ID and password are being used to file this Joint |
| 3 | Stipulation. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Donald |
| 4 | P. Sullivan concurred with this filing. |

-3-

#587252v1